JOSEPH B. BARRE *against* LEWIS GEORGE AFFLECK.

On a report of referees filed in the prothonotary's office, execution cannot be issued within the four days, or before notice given to the adverse party.

A REPORT of referees was made into the prothonotary's office on the 5th May 1796, finding for the plaintiff 603*l.* 12*s.*, and judgment entered thereon, and a *fi. fa.* was immediately issued, on which the defendant's goods were levied. Exceptions were filed to the report on the 14th May following.

On a motion to set aside the execution, the court held, that it had issued erroneously. It ought not to have been taken out within the four days, or before notice given to the adverse party. In causes tried in term, four days are allowed for motions in arrest of judgment, or for a new trial. So in causes tried at Nisi Prius, the first four days of the next succeeding term are allowed for the same purposes. (34th Rule of the Court, pa. 15.) To sue out an execution immediately, would deprive a party of every opportunity of being heard, though his complaint against a report of referees was ever so well founded.

Execution set aside.

Messrs. M. and S. Levy, *pro quer.*
Messrs. Rawle and M.'Kean, *pro def.*

---

ELIZABETH WEST and SAMUEL WEST administrators of JOHN WEST *against* LAWRENCE SINK.

Landlord is entitled to the rent due to the time of sheriff's levying on his tenant's goods found on the premises, provided it does not exceed one year.

MR. HALLOWEL moved that the sheriff should pay to the defendant's landlord, the rent in arrear not exceeding one year, out of the money raised by the sale of the defendant's goods, on the demised premises.

Mr. Britton for the plaintiffs, objected, that the time of payment of the rent was not due at the time of the sheriff's taking the defendant's goods in execution, and therefore the landlord was not entitled to the money. This was said to be so determined in Chester county, by President Henry. He also cited Andr. 217. Where a landlord seeks for relief in this summary mode under the stat. 8 Ann. c. 14, he must make out a clear case, or shall be put to his action.